Kelly J. **BREAUX**, Kenneth W. **Erickson**, Appellants,

v.

**KIDTRIBE, INC.**, Appellee.

No. 2015–1115.

United States Court of Appeals, Federal Circuit.

Nov. 6, 2015.

Heather Dale Bennett, Law Office of Heather Bennett, Marina Del Rey, CA, argued for appellants.

Steven M. Weinberg, Holmes Weinberg PC, Malibu, CA, for appellee. Also represented by Michael J. Salvatore.

MOORE, REYNA, and WALLACH, Circuit Judges.

---

1. Given the result in this appeal, Mr. Gal–Or's pending motion to substitute another party in his place is denied as moot.

## JUDGEMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**